580

476 A.2d 78

Commonwealth v. Springer, Appellant.

Argued November 3, 1983. Randall E. Zimmerman, for appellant; Harold E. Powell, Jr., for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and CERCONE, JJ.

Order of the court is affirmed.

476 A.2d 79

Commonwealth v. Waites, Appellant.

Submitted November 18, 1983. John Packel, Chief, Appeals, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

Order affirmed.

LIPEZ, J., filed a dissenting memorandum.